UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALEXIS DEJESUS,                         :
                                        :   CIVIL ACTION NO. 3:23-0714
      Petitioner              :
                                        :   (JUDGE MANNION)
  v.                                    :
                                        :
WARDEN BARRAZA,                         :
                                        :
      Respondent              :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1) The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2) The Clerk of Court is directed to **CLOSE THIS CASE.**

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: July 11, 2023
23-0714-01